IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| KENNETH JEROME BELLAMY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:25-cv-00241-LMM |
| BARRY H. BABB, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation, Dkt. No. [6]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [6], as its opinion: this action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 17th day of February, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**